```
Court Name: U.S. District Court, Colorad
o
Division: 1
Receipt Number: COX012226
Cashier ID: sq
Transaction Date: 08/15/2008
Payer Name: FRANKE GREENHOUSE LIST...
------------------------------------
CIVIL FILING FEE
 For: FRANKE GREENHOUSE LIST...
 Amount:        $350.00
------------------------------------
CREDIT CARD
 Amt Tendered: $350.00
------------------------------------
Total Due:      $350.00
Total Tendered: $350.00
Change Amt:     $0.00

08-CV-1746


A fee of $45.00 will be assessed on
any returned check.
```