IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. _____

RYAN INTERNATIONAL AIRLINES, INC.,

  Plaintiff,

v.

MAYTAG AIRCRAFT CORPORATION,

  Defendants.

---

## CORPORATE DISCLOSURE STATEMENT

---

  Plaintiff Ryan International Airlines, Inc., through its attorneys, Wade Warthen and Bethany A. Johnson, hereby submits its Corporate Disclosure Statement pursuant D.C.COLO.LCivR 7.4, and states that Ryan International Airlines, Inc. is a subsidiary of Rubloff Ryan, LLC.

  Dated this 15th day of August, 2008.

            Respectfully submitted,

            FRANKE GREENHOUSE LIST & LIPPITT LLP

            s/ Wade Warthen
            Wade Warthen
            Granite Building, Second Floor
            1228 Fifteenth Street
            Denver, Colorado 80202
            (303) 623-4500
            (303) 623-0960 – Facsimile
            E-mail: wwarthen@fgll-law.com
            Counsel for Plaintiff Ryan International Airlines,
              Inc.