# RETURN OF SERVICE

Case No. 08-CV-01746-LTB-MJW

STATE OF COLORADO  )
                   ) ss.
City & County of Denver  )


I, Matthew M. VanderKaay, the affiant, being duly sworn, say: that I am over the age of eighteen years and am not a party to the within action; and that I have served MAYTAG AIRCRAFT CORPORATION, a true and correct copy of the within Summons In A Civil Action, together with Complaint for Damages to Personal Property, Corporate Disclosure Statement, Civil Cover Sheet, Instructions Regarding Notice of Availability of a United States Magistrate Judge to Exercise Jurisdiction Pursuant to 28 U.S.C. § 636(c), Fed.R.Civ.P. 73, and D.C.COLO. LCivR 72.2, Notice of Availability of a United States Magistrate Judge to Exercise Jurisdiction and Order of Reference Pursuant to 28 U.S.C. § 636(c), by leaving in the presence of PAM TRUJILLO, as Process Clerk to the Corporation Service Company, as Registered Agent to MAYTAG AIRCRAFT CORPORATION, at 1560 Broadway, Unit 2090, City of Denver, County of Denver, State of Colorado, on August 18, 2008 at 9:30 A.M. PAM TRUJILLO being over the age of eighteen years.

Matthew M. VanderKaay
Private Process Server

Subscribed and sworn before me on August 19, 2008.
My commission expires on 02-03-11.

Notary Public
438 Bannock Street
Denver, CO 80204

## SUMMONS IN A CIVIL ACTION

**United States District Court
for the District of Colorado**

Civil Action Number: 08 **'08 - CV - 01746** LTB-MJW

RYAN INTERNATIONAL AIRLINES, INC.,
a Kansas corporation

   Plaintiff,

v.                                                                                      **SUMMONS**

MAYTAG AIRCRAFT CORPORATION,
a Colorado corporation,

   Defendants.

To the above named Defendant(s): MAYTAG AIRCRAFT CORPORATION, a Colorado corporation

You are hereby summoned and required to serve upon Wade Warthen and Bethany A. Johnson, plaintiff's attorneys, whose address is: Granite Building, Second Floor, 1228 Fifteenth Street, Denver, Colorado 80202

AND FILE WITH THE CLERK OF THE COURT

an answer to the complaint which is herewith served upon you, within twenty (20) days of service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

                                                       Gregory C. Langham, Clerk

                                                       By: _____

                                                                        Deputy Clerk

Date: August 15, 2008

Clerk, U.S. District Court, Room A-105 Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado 80294-3589

NOTE: This summons is issued pursuant to Rule 4 of the Federal Rules of Civil Procedure.

| RETURN OF SERVICE |
|---|

| NAME OF SERVER: | TITLE: |
|---|---|

Check one box to indicate appropriate method of service.

☐ Served personally upon the defendant. Place where left:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint where left:

☐ Returned unexecuted::

☐ Other (specify):

## STATEMENT OF SERVICE OF FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service is true and correct.

Executed on: _____
　　　　　　　Date

Signature of Server

Address of Server